UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  Kenneth J. Julet and                        CHAPTER 13
        Peggy L. Julet,                             CASE NO: 10-76108  tjt
                    Debtors.                        JUDGE: Thomas J. Tucker
_____/

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Gregory T. Osment , Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses shall be paid by application as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ✓ The Debtor(s) shall submit to the Trustee 100% of all future tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

- ✓ The Debtor(s) Plan payments shall be increased to $232.73/ weekly (pay period) effective March 3, 2011.

- ✓ The Debtors Plan shall be 40 months.

- ✓ The adversary case No. 10-07521 tjt has been granted pursuant to the order entered on January21, 2011 docket #7. The claim of CitiMortgage Inc. (pacer claim #2) shall be treated as unsecured and all other terms of the order are incorporated herein.

**OBJECTIONS WITHDRAWN**
_____

Approved:
/s/ Tammy Terry_____          /s/Gregory T. Osment
Chapter 13 Standing Trustee                 Attorney for Debtor(s)
TAMMY L. TERRY                              GREGORY T. OSMENT (P41385)
535 Griswold, Suite 2100                    13 Washington Street
Detroit, MI  48226                          Monroe, MI  48161
(313) 967-9857                              (734) 242-4441
                                            gtoesq@sbcglobal.net

**Signed on March 09, 2011**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge